IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| SHARON AND DUNCAN BARNES, | § | |
| Plaintiffs, | § | |
| v. | § | |
| UNITED STATES OF AMERICA, | § | CIVIL ACTION NO. |
| Defendant. | § | 4:17-cv-00902-O |

## APPENDIX TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

TO THE HONORABLE COURT:

This appendix is filed by Plaintiffs, SHARON BARNES and DUNCAN BARNES in support of their Motion for Summary Judgment and Brief in Support thereof. The evidence listed below and contained in this appendix is incorporated into Plaintiffs' Motion for Summary Judgment and Brief in Support as if fully set forth therein.

| **Exhibit** | **Description** | **Page(s)** |
|---|---|---|
| A | IRS Letter 905 | A1 |

Dated:   June 29, 2018

Respectfully submitted,

/s/ Carolyn Dove

Carolyn Dove
State Bar No. 24063989
Jeffrey D. Lerner
State Bar No. 12223910
**THE DOVE FIRM PLLC**
255 N Center St, Suite 102
Arlington, Texas 76011
Phone:  817.462.0006
Fax:  817.462.0027
E-mail: carolyn.dove@thedovefirm.com

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 29, 2018, the foregoing document was electronically submitted with the clerk of the court for the United States District Court, Northern District of Texas, using the electronic case file system of the court. I hereby certify that I have served all counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ Carolyn Dove
Carolyn Dove



**Department of the Treasury**
**Internal Revenue Service**
**Small Business and Self-Employed**
100 Commerce ST
MC 4019 DAL
Dallas TX 75242

Date: DEC 07 2017

Taxpayer ID number (last 4 digits):
1557

Form:
1040

Tax periods ended:
December 31, 2015

Amount claimed:
$875,000.00

Date claim received:
August 27, 2017

Person to contact:
Shameka Crocker

Contact telephone number:
214-413-5076

Employee ID number:
1000220518

Refer reply to:
SE:S:E:FE:TS:MW:G29

DUNCAN N & SHARON SHADIC BARNES
4609 WOODSTONE CT
ARLINGTON TX 76016-1866

Dear DUNCAN N & SHARON SHADIC BARNES:

We have allowed part of your claim for an adjustment to your tax for the period shown above. We are sorry, but we cannot allow the entire claim for the reason stated below. This letter is your legal notice that we have partially disallowed your claim.

If you wish to bring suit or proceedings for the recovery of any tax, penalties, or other moneys for which this disallowance notice is issued, you may do so by filing suit with the United States District Court having jurisdiction, or the United States Claims Court. The law permits you to do this within 2 years from the mailing date of this letter. However, if you signed a waiver of *Statutory Notification of Claim Disallowance,* Form 2297, the period for bringing suit began to run on the date you filed the waiver.

We have enclosed Publication 1, *Your Rights as a Taxpayer,* Publication 5, *Your Appeal Rights and How to Prepare a Protest If You Don't Agree,* and Publication 556, *Examination of Returns, Appeal Rights, and Claims for Refund,* for your information.

If you have any questions, please contact the person whose name and telephone number are shown in the heading of this letter.

Thank you for your cooperation.

Sincerely,

*Shameka Crocker*
Shameka Crocker
Revenue Agent Reviewer

Enclosures:
Publication 1
Publication 5
Publication 556

Letter 905 (Rev. 1-2017)
Catalog Number 11011N

A1